### BUCKLY v. STATE.

(Court of Criminal Appeals of Texas. May 8, 1912.)

Appeal from Dallas County Court, at Law; W. F. Whitehurst, Judge. H. M. Buckly was convicted of violating the Sunday law, and he appeals. Affirmed.

Walker & Williams, of Dallas, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, J. The appellant was convicted of violating the Sunday law, and fined $25.

This is a companion case to the several cases of Gould v. State, 146 S. W. 172–179, 147 S. W. 247, recently decided by this court. All the questions raised in this case were decided adversely to appellant in the said Gould Cases, recently decided, and Oliver v. State, 144 S. W. 605. It is unnecessary to further discuss any of the questions.

The judgment will be affirmed.